**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ASPEN SQUARE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> POLO CLUB CORDOVA LIMITED PARTNERSHIP, <br><br> Defendants. | 2:11-CV-00093-PMP-LRL <br><br> **ORDER** |

The Court having read and considered Plaintiff Aspen Square Management, Inc.'s Motion to Remand to State Court (Doc. #9), Defendant Scottsdale Insurance's Opposition thereto (Doc. #11), and Plaintiff's Reply (Doc. #13), and good cause appearing,

**IT IS ORDERED that** Plaintiff Aspen Square Management, Inc.'s Motion to Remand to State Court (Doc. #9) is **DENIED.**

DATED: March 14, 2011.

_____
PHILIP M. PRO
United States District Judge